# Ostrolenk Faber LLP
*Intellectual Property Law*

845 Third Avenue
New York, New York 10022
212.596.0500 / 212.382.0700
Fax 212.382.0888
www.ostrolenk.com
email@ostrolenk.com

*Partners*
Samuel H. Weiner
Robert C. Faber
Max Moskowitz
James A. Finder
William O. Gray, III
Kourosh Salehi**
Michael F. Hurley
Charles C. Achkar

*Attorneys*
Martin J. Beran
George Brieger
Richard J. Danyko
Mark A. Farley
Marian E. Fundytus
Paul Grandinetti*
Sean P. McMahon
Ariel S. Peikes

*DC Bar
**Connecticut Bar

December 22, 2019

**VIA ECF**
Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Home It, Inc. v. Wen et al*
             Case No.: 1:19-cv-07070 (MKB)(VMS)

Dear Judge Chen:

We represent Plaintiff, Home It, Inc. In advance of tomorrow's Court hearing, we submit the attached correspondence with U.S. counsel for Defendant Shenzhen Trynow Intellectual Property Co., Ltd. ("Trynow").

In particular, Trynow's counsel does not object to Plaintiff's proposed order and email services.

                                          Respectfully submitted,

                                          /s/Ariel Peikes
                                          Max Moskowitz
                                          Ariel Peikes
                                          OSTROLENK FABER LLP
                                          845 Third Avenue
                                          New York, New York 10022
                                          Telephone: (212) 596-0500
                                          Facsimile: (212) 382-0888
                                          E-mail: mmoskowitz@ostrolenk.com
                                                                 apeikes@ostrolenk.com

Enc.

cc:    Counsel for Defendant Trynow (via email: haoyichen@archlakelaw.com)
        Defendant Wen (via email: bzkjuk@126.com)

{02489480.1}

# Exhibit A

**From:** Haoyi Chen [mailto:haoyichen@archlakelaw.com]
**Sent:** Sunday, December 22, 2019 8:50 AM
**To:** Max Moskowitz
**Subject:** Re: FW: Activity in Case 1:19-cv-07070-MKB-VMS Home It, Inc. v. Wen et al Scheduling Order

Mr. Moskowitz:
Thank you.
Trynow does not object to your proposed order for PJ and email services, and Trynow shall be available to accept your email service as early as 12/23/2019. In exchange, Trynow would like to request an 21-day extension to file its response before the court.
However, the email addresses provided in your motion (trademark@cn-ip.cn & trynow@cn-ip.cn) are both trynow's email addresses, and was used as corresponding addresses only for its trademark application purpose. Service sent via those email addresses would only be delivered to Trynow, but not Ms. Wen. Trynow has no relationship (other than assisted her trademark application in 2016) with her thus is unable to accept service on her behalf. Trynow will try its best to locate Ms. Wen's personal or business email address and provide it to you ASAP.
I am looking forward to talking with you and explain in detail about Trynow's standing in this case.
Thank you.



Haoyi Chen PhD JD / Partner

haoyichen@archlakelaw.com

Arch & Lake LLP

2500 Wilcrest, Suite 301

Houston, Texas, 77042

Phone: 346-335-9890

Fax: 312-614-1873

**CONFIDENTIALITY NOTICE:** This electronic mail transmission and any attachments are confidential and may be privileged. They should be read or retained only by the intended recipient. If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system.

On Sat, Dec 21, 2019 at 6:01 PM Max Moskowitz <mmoskowitz@ostrolenk.com> wrote:

> Dear Mr. Chen and Ms. Wen,
>
> The Court will conduct a hearing on Plaintiff's Motion for a Temporary Restraining Order on December 23, 2019. See details below.
>
> Please contact us how you would like to participate in the Hearing before the Court.
>
> Respectfully,
>
> Max Moskowitz
>
> Ostrolenk Faber LLP
>
> 845 Third Avenue, New York, NY 10022
> Telephone: (212) 596-0500
>
> **From:** ecf_bounces@nyed.uscourts.gov [mailto:ecf_bounces@nyed.uscourts.gov]
> **Sent:** Friday, December 20, 2019 6:52 PM
> **To:** nobody@nyed.uscourts.gov
> **Subject:** Activity in Case 1:19-cv-07070-MKB-VMS Home It, Inc. v. Wen et al Scheduling Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 12/20/2019 at 6:52 PM EST and filed on 12/20/2019

**Case Name:** Home It, Inc. v. Wen et al
**Case Number:** [1:19-cv-07070-MKB-VMS](1:19-cv-07070-MKB-VMS)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER: The Court will hold a hearing on Plaintiff's [5] Motion for a Temporary Restraining Order on December 23, 2019 at 10:30 a.m. in Courtroom 4F North. Ordered by Judge Pamela K. Chen on 12/20/2019. (Brodziak, Maya)**


**1:19-cv-07070-MKB-VMS Notice has been electronically mailed to:**

Max Moskowitz    mmoskowitz@ostrolenk.com, apeikes@ostrolenk.com, ckupferberg@ostrolenk.com, email@ostrolenk.com

**1:19-cv-07070-MKB-VMS Notice will not be electronically mailed to:**