# Ostrolenk
# Faber LLP

*Intellectual Property Law*

845 Third Avenue
New York, New York 10022
212.596.0500 / 212.382.0700
Fax 212.382.0888
www.ostrolenk.com
email@ostrolenk.com

*Partners*
Samuel H. Weiner
Robert C. Faber
Max Moskowitz
James A. Finder
William O. Gray, III
Kourosh Salehi**
Michael F. Hurley
Charles C. Achkar

*Attorneys*
Martin J. Beran
George Brieger
Richard J. Danyko
Mark A. Farley
Marian E. Fundytus
Paul Grandinetti*
Sean P. McMahon
Ariel S. Peikes

*DC Bar
**Connecticut Bar

December 23, 2019

**VIA ECF**
Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Home It, Inc. v. Wen et al*
               Case No.: 1:19-cv-07070 (MKB)(VMS)

Dear Hon. Judge Chen:

As requested by the Court, enclosed herewith are copies of the following documents:

(1) Home It's communications to Defendant Wen at the email address provided by Wen to Amazon; and

(2) The relevant excerpt from testimony to the U.S. Senate's Judiciary Committee from Professors Barton Beebe and Jeanne Fromer, dated December 3, 2019.

Respectfully submitted,

/s/Ariel Peikes
Max Moskowitz
Ariel Peikes
OSTROLENK FABER LLP
845 Third Avenue
New York, New York 10022
Telephone: (212) 596-0500
Facsimile: (212) 382-0888
E-mail: mmoskowitz@ostrolenk.com
apeikes@ostrolenk.com

Enc.
cc: Counsel for Defendant Trynow (via email: haoyichen@archlakelaw.com)
Defendant Wen (via email: bzkjuk@126.com, 305813391@qq.com)

{02489480.1}