# **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 9th day of January, 2020, he served Plaintiff Home It's *Letter Requesting Entry of Order and in Lieu of Hearing* (Dkt. No. 15) onto:

1. Defendant Wupin Wen at bzkjuk@126.com and 305813391@qq.com;

2. Defendant Shenzhen Trynow Intellectual Property Co., Ltd. ("Trynow"), at trademark@cn-ip.cn and trynow@cn-ip.cn; and

3. Prior counsel for Defendant Trynow, Haoyi Chen, Esq., at haoyichen@archlakelaw.com.

                                                      s/Ariel Peikes/
                                                     Ariel Peikes
                                                     OSTROLENK FABER LLP
                                                     845 Third Avenue
                                                     New York, NY 10022
                                                     (212) 596-0509
                                                     apeikes@ostrolenk.com