UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
HOME IT, INC.,

                Plaintiff,

      - against -

WUPIN WEN, SHENZHEN TRYNOW
INTELLECTUAL PROPERTY CO., LTD., and
JOHN DOES 1-10,

                Defendants.
---------------------------------------------------------x

**ORDER FOR ENTRY OF A PRELIMINARY INJUNCTION**
19-CV-7070 (MKB) (VMS)

PAMELA K. CHEN, United States District Judge:

Upon review of the Verified Complaint of Plaintiff, HOME IT INC ("HOMEIT") sworn to on December 17, 2019; the Declarations of Joel Teitelbaum; the Declarations of Ariel Peikes Esq.; the memoranda of law in support of Plaintiff's Application for a Temporary Restraining Order and Preliminary Injunction; and upon all pleadings and papers previously filed herein, the Court having found sufficient notice of the same has been provided to Defendants, and for the reasons stated in the Court's January 21, 2020 Memorandum & Order (Dkt. 20), it is

ORDERED that the Defendant Wupin Wen, no later than eighteen (18) hours after service of this Order on her via email to trademark@cn-ip.cn, trynow@cn-ip.cn, and bzkjuk@126.com:

    a. Notify Amazon that the trademark owner's allegations of infringement against HOMEIT are withdrawn and that Amazon should re-list the involved products to its website as soon as possible; and

    b. Refrain from filing or otherwise communicating any allegations of infringement by HOMEIT to any third party, at minimum, for the duration of the instant litigation relative to Saganizer branded products.

1

IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 65(c), Plaintiff shall not be required to give security for the reasons stated in the Court's January 21, 2020 Memorandum and Order. (Dkt. 20.)

SO ORDERED.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge

Dated: January 21, 2020
      Brooklyn, New York