# Ostrolenk Faber LLP
*Intellectual Property Law*

845 Third Avenue
New York, New York 10022
212.596.0500 / 212.382.0700
Fax 212.382.0888
www.ostrolenk.com
email@ostrolenk.com

*Partners*
Samuel H. Weiner
Robert C. Faber
Max Moskowitz
James A. Finder
William O. Gray, III
Kourosh Salehi**
Michael F. Hurley
Charles C. Achkar

*Attorneys*
Martin J. Beran
George Brieger
Richard J. Danyko
Mark A. Farley
Marian E. Fundytus
Paul Grandinetti*
Sean P. McMahon
Ariel S. Peikes

*DC Bar
**Connecticut Bar

April 24, 2020

**VIA ECF**
Hon. Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Home It, Inc. v. Wen et al*
           Case No.: 1:19-cv-07070 (RPK)(VMS)

Dear Judge Scanlon:

I am counsel to the Plaintiff in this action and write in response to Your Honor's Scheduling Order of April 16, 2020 (Dkt. # 22). Plaintiff's intention is to shortly file an Ex Parte Notice of Dismissal under FRCP Rule 41(a), for the reasons explained below. In addition, we note that Defendants have not filed an answer or other response to the Complaint.

The China-based Defendant Wupin Wen (an individual) did not file any response to the Complaint or otherwise, despite being contacted numerous times directly by email and indirectly through her China-based trademark representative, Trynow (which is the second named Defendant). The other Defendant, Shenzhen Trynow IP Co. ("Trynow"), which is a China-based IP office, initially responded through United States counsel, however, that counsel later advised that his authority to appear and act on behalf of the Defendant Trynow had been revoked. In short, the Defendants, both of whom have received and been fully informed about this action have refused to appear, or even acknowledge Plaintiff's notices.

The Defendant Wen registered the trademark SAGANIZER using fraudulent documents and making false assertions to the United States Patent and Trademark Office ("PTO"). Later, Wen asked Amazon to stop the Plaintiff's sales of its SAGANIZER

{02530416.1}

Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
April 24, 2020
Page 2

brand goods, which moved Plaintiff to file this action.

After the filing of this action, Plaintiff filed a Cancellation Proceeding in the PTO asking that Ms. Wen's registered trademark SAGANIZER be cancelled, on the ground of fraud in its procurement. Ms. Wen defaulted, and the PTO issued, on March 27, 2020, a Notice of Default. Plaintiff expects Ms. Wen's registered mark SAGANIZER to become officially cancelled within the next four weeks. Parenthetically, Plaintiff simultaneously filed to register the trademark SAGANIZER in its own name, and expects to soon become the official registered owner of that trademark.

In effect, the Plaintiff will soon realize the relief it wanted from this Court, through the procedures and determinations of the PTO.

Plaintiff respectfully requests to be allowed sixty (60) days in which to file its contemplated Notice of Dismissal of this action.  Defendants are being copied on this communication via the email addresses below.

                                                Respectfully submitted,

                                                */s/Max Moskowitz*
                                                Max Moskowitz
                                                Ariel Peikes
                                                OSTROLENK FABER LLP
                                                845 Third Avenue
                                                New York, New York 10022
                                                Telephone:  (212) 596-0500
                                                Facsimile: (212) 382-0888
                                                E-mail:  mmoskowitz@ostrolenk.com
                                                                apeikes@ostrolenk.com

cc:  Defendant Trynow (via email:   trademark@cn-ip.cn )
      Defendant Wen (via email: bzkjuk@126.com and 305813391@qq.com)

{02530416.1}